DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TAMARA M. HALL JOHNSON,

Appellant,

v.

ZILLOW CLOSING SERVICES, LLC; PROGRESS
RESIDENTIAL BORROWER 19, LLC; and
CALVIN S.C. JOHNSON,

Appellees.

No. 2D2025-0490

_____

October 17, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Lindsay M. Alvarez, Judge.

Aaron A. Wagner of Kabat Chapman & Ozmer, LLP, Atlanta, Georgia, for
Appellee, Zillow Closing Services, LLC.

No appearance for remaining Appellees.


PER CURIAM.

 Affirmed.


VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.